IN THE UNITED STATES COURT OF FEDERAL CLAIMS

No. 18-cv-01828
(Senior Judge Edward J. Damich)

WILLIAM R. JACKSON,

        Plaintiff,

v.

THE UNITED STATES,

        Defendant.

NOTICE OF APPEARANCE

Please enter the appearance of Sophia Siddiqui, as attorney of record for the United States. Service of all papers by opposing parties should be addressed as follows:

    Sophia Siddiqui, Esquire
    U.S. Department of Justice
    Tax Division
    Court of Federal Claims Section
    Post Office Box 26
    Ben Franklin Station
    Washington, D. C. 20044
    Email: sophia.siddiqui@usdoj.gov

Dated: December 18, 2018

                                    SOPHIA SIDDIQUI
                                    Trial Attorney
                                    Justice Department (Tax)
                                    Court of Federal Claims Section
                                    Ph: (202) 307-6445
                                    Fax: (202) 514-9440
                                    sophia.siddiqui@usdoj.gov

Received - USCFC
DEC 1 8 2018

CERTIFICATE OF SERVICE

I certify that service of the foregoing Notice of Appearance, has this 18th day of December 2018, been made on plaintiff by mailing a copy thereof, in a postage prepaid envelope, to the following address:

William Jackson
10356 Venice Lane
Stark City, MO 64866

_____
U.S. Department of Justice
Tax Division
Court of Federal Claims Section
Post Office Box 26
Washington, D.C. 20044
202-307-6440 (v)
202-514-9440 (f)
CTFEDClaims.Taxcivil@usdoj.gov