# In the United States Court of Federal Claims

No. 18-1828T
(Filed: May 1, 2019)

```
*************************************
                                    *
WILLIAM P. JACKSON,                 *
                                    *
              Plaintiff,            *
                                    *
       v.                           *
                                    *
THE UNITED STATES,                  *
                                    *
              Defendant.            *
                                    *
*************************************
```

## ORDER

Plaintiff, proceeding *pro se*, has filed this civil action against the United States of America. To proceed with a civil action in this court, a plaintiff must either pay $400.00 in fees—a $350.00 filing fee plus a $50.00 administrative fee—or request authorization to proceed without prepayment of fees by submitting a signed application to proceed *in forma pauperis* ("IFP"). *See* 28 U.S.C. §§ 1914, 1915.

Here, Plaintiff submitted his complaint without the filing fees or a completed IFP application. Therefore, because Plaintiff has not paid the required $400 filing fee and has not submitted a completed IFP application, the Court hereby **DISMISSES** Plaintiff's complaint pursuant to Rule 41 of the Rules of the Court of Federal Claims.

**IT IS SO ORDERED.**

EDWARD J. DAMICH
Senior Judge